**Order entered October 20, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00773-CV

### IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-02361-R**

## ORDER

Because the reporter's record is not due to be filed until October 27, 2014, we **DENY** as premature appellant's October 17, 2014 second motion to extend time to file brief. Appellant's brief shall be filed within thirty days of the filing of the reporter's record. *See* TEX. R. APP. P. 38.6(a)(2).

/s/     ADA BROWN
        JUSTICE